# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION** |
| **Vs.** ) | |
| ) | **No. 04-20089-02-KHV** |
| **DONALD MIXAN,** ) | |
| **Defendant.** ) | |

### ORDER ALLOWING WITHDRAWAL OF ATTORNEY

**NOW**, on this 16th day of May 2005, the above-captioned matter comes on for hearing, the Honorable Kathryn H. Vratil, presiding. Having reviewed the Motion to Withdraw as Attorney of Record for the Defendant, Donald Mixan, filed by James L. Spies, (Document #93) the Court finds that Edward M. Collazo has entered his appearance as Attorney of Record for the Defendant; that James L. Spies should therefore be allowed to withdraw as Attorney of Record for the Defendant, Donald Mixan; and that the Defendant, Donald Mixan, will suffer no prejudice by the withdrawal of James L. Spies as Attorney of Record.

**WHEREFORE**, James L. Spies is hereby allowed to withdraw as Attorney of Record for the Defendant, Donald Mixan.

**IT IS SO ORDERED**.

s/ Kathryn H. Vratil
Kathryn H. Vratil
JUDGE OF THE DISTRICT COURT
United States District Court
District of Kansas